UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ARIZONA HALL, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | No. 4:16-CV-1528 AGF |
|  | ) |  |
| CHRIS KOSTER, | ) |  |
|  | ) |  |
| Respondent, | ) |  |

# MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks to vacate two separate state court judgments, *Missouri v. Hall*, No. 1022-CR01820-01 (City of St. Louis), and *Missouri v. Hall*, No. 0922-CR04795-01 (City of St. Louis). Petitioner may not challenge two judgments in one petition. *See* 28 U.S.C. § 2254 Rule 2(e).[1] As a result, Petitioner must file an amended petition addressing only one of the two cases. If he wishes to challenge both of them, he must file a separate petition for the second judgment.

Additionally, the amended petition is defective because it was not filed on the Court's form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Petitioner a § 2254 form.

---

[1] The Rules Governing § 2254 Cases apply to petitions under 28 U.S.C. § 2241. 28 U.S.C. § 2254 Rule 1(b).

**IT IS FURTHER ORDERED** that Petitioner must fill out the § 2254 form and return it to the Court within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

**IT IS FURTHER ORDERED** that the Clerk is directed to name Chris Koster as Respondent.

Dated this 18th day of October, 2016.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE