# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ARIZONA HALL, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1528 AGF |
| | ) | |
| CHRIS KOSTER, | ) | |
| | ) | |
| Respondent, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's "motion for disqualification of presiding judge." The motion is not signed. Rule 11(a) of the Federal Rules of Civil Procedure requires the Court to "strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to return the motion to Petitioner so that he can sign it.

**IT IS FURTHER ORDERED** that Petitioner must sign the motion and return it to the Court within fourteen (14) days of the date of this Order. If Petitioner fails to do so, the Court will strike the motion.

Dated this 5th day of December, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE